# EXHIBIT A



# Service of Process Transmittal
01/15/2021
CT Log Number 538899094

| | |
|---|---|
| **TO:** | Kim Lundy Service Of Process<br>Walmart Inc.<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-6209 |
| **RE:** | **Process Served in Florida** |
| **FOR:** | WALMART INC.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Uruena Mary, Pltf. vs. Walmart, Inc., etc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Request, First Set of Interrogatories |
| **COURT/AGENCY:** | Broward County Circuit Court, FL<br>Case # NONE |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 06/01/2019, 1101 S. Military Trail, Deerfield Beach, Broward County, Florida 33442 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/15/2021 at 08:54 |
| **JURISDICTION SERVED :** | Florida |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Eiman Sharmin<br>Sharmin & Sharmin Firm P.A.<br>830 North Federal Highway<br>Lake Worth, FL. 33460<br>561-655-3925 |
| **REMARKS:** | Please note: We are unable to determine the case number - Case # cut-off on the document - Process server did not provide the case |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/16/2021, Expected Purge Date: 01/21/2021<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service Of Process  ctlawsuits@walmartlegal.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other

Page 1 of  2 / AP



**Service of Process Transmittal**
01/15/2021
CT Log Number 538899094

**TO:** Kim Lundy Service Of Process
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:** **Process Served in Florida**

**FOR:** WALMART INC.  (Domestic State: DE)

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, Jan 15, 2021

**Server Name:** RAMON QUIROZ

| Entity Served | WALMART INC. |
|---|---|
| Agent Name | C T CORPORATION SYSTEM |
| Case Number | none |
| Jurisdiction | FL |



IN THE CIRCUIT COURT OF THE
17th JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO:

MARY URUENA,

    Plaintiff,

v.

WALMART, INC.,
a Foreign Profit Corporation,

    Defendant.

_____/

R-Q 1·15·2021
8:30 AM

## SUMMONS

**THE STATE OF FLORIDA:**
To Each Sheriff of the State:

    **YOU ARE COMMANDED** to serve this Summons and a copy of the Complaint or Petition in this action on Defendant,

**WALMART, INC.**
c/o CT Corporation System as Registered Agent
1200 S. Pine Island Road
Plantation, Florida 33324

    **DATED** on _____ JAN 14 2021 ___

As Clerk of the Court

By _____
Deputy Clerk

**BRENDA D. FORMAN**

## IMPORTANT

A lawsuit has been filed against you. You have twenty (20) calendar days after this Summons is served on you to file a written response to the attached Complaint with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez vingt (20) jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la

plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

Eiman Sharmin Esq.,
Sharmin & Sharmin Firm P.A.
Attorney for Plaintiff
830 North Federal Highway
Lake Worth, Florida 33460
Florida Bar No. 0716391

IN THE CIRCUIT COURT OF THE
17th JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO:

MARY URUENA,

    Plaintiff,

v.

WALMART, INC.,
a Foreign Profit Corporation,

    Defendant.
_____/

## COMPLAINT

COMES NOW, the Plaintiff, MARY URUENA, and sues the Defendant, WALMART, INC., (hereinafter referred to as "WALMART"), a Foreign Profit Corporation, and alleges as follows:

1. This is a cause of action for damages in excess of $30,000.00.

2. At all times material hereto, Plaintiff, MARY URUENA was a resident of Broward County, Florida, over the age of eighteen (18) and otherwise *sui juris*.

3. At all times material hereto, Defendant, WALMART, a Foreign Profit Corporation, was authorized to and doing business in Broward County, Florida, and having its agent for service of process in Plantation, Florida.

4. Venue is proper in Broward County as that is where the accident which is the subject matter of this Complaint arose.

5. At all times material hereto, Defendant, WALMART, was the owner and/or operator of and had dominion and control of the WalMart store, which was located at 1101 S. Military Trail, Deerfield Beach, Broward County, Florida 33442.

6. On or about June 1, 2019, Plaintiff, MARY URUENA, an invitee of the Defendant, WALMART, was caused to fall due to the presence of water on the floor which was leaking from an air conditioner unit overhead, within the WalMart store located at 1101 S. Military Trail, Deerfield Beach, Broward County, Florida thus causing her to sustain serious injuries and damages due to the negligence of the Defendant, WALMART.

7. At the time and place of the aforementioned incident, the Defendant, WALMART, failed to follow its own policies and procedures and failed to timely place warning signs, thus creating a dangerous and defective condition which resulted in the Plaintiff's fall, injuries and damages.

8. WALMART, INC., its employees, agents, and/or apparent agents had actual or constructive notice of the existence of the water and/or debris on the floor as Defendant's employee came over to assist Plaintiff after she fell and indicated he was aware the air conditioner was leaking water onto the floor.

### COUNT I – NEGLIGENCE AGAINST THE DEFENDANT WALMART, INC.

9. Plaintiff re-alleges and adopts paragraphs 1 through 8 and incorporates them as if they were fully set forth herein.

10. At all times material hereto, Defendant, WALMART, owned, operated, maintained and exercised dominion and control over its store premises, located at 1101 S. Military Trail, Deerfield Beach, Broward County, Florida.

11. As the entity responsible for owning, operating, maintaining and controlling its premises, Defendant, WALMART, owed a non-delegable duty to the Plaintiff to take all reasonable steps to ensure her safety while within the Defendant's store premises.

12. Specifically, Defendant, WALMART, owed a non-delegable duty to Plaintiff to use reasonable care to ensure that Plaintiff was able to safely and adequately utilize the premises in question without being subject to the dangers associated with a leaking air conditioning unit that existed at the time of Plaintiff's fall.

13. Defendant, WALMART, breached its non-delegable duty to the Plaintiff by carelessly and negligently failing to properly maintain its premises or warn the Plaintiff of the aforementioned dangerous and defective condition on its premises. Specifically, Defendant breached its duty of due care owed to Plaintiff, including but not limited to, one or more of the following ways:

    a. Failing to ensure a safe, hazard free environment;

    b. Failing to properly inspect the subject area to ensure it was in good condition;

    c. Failing to protect its invitees from known hazards at its premises;

    d. Failing to place caution or warning signs in the area where Plaintiff's injuries occurred;

    e. Failing to take proper and necessary safety precautions to prevent Plaintiff's accident;

    f. Failing to maintain its premises in a safe condition;

    g. Failing to ensure the placement of detectable or visible markings or warnings;

    h.    Failing to adequately train WALMART personnel in the necessary precautions which could have prevented this accident;

    i.    Failing to reduce, minimize or eliminate the known and/or foreseeable risks and dangers associated with the leaking air conditioner that caused Plaintiff's fall;

    j.    By allowing the aforementioned hazardous condition to exist, although Defendant knew, or in the exercise of reasonable care, should have known, about the existence of the hazardous condition, and it further represented that its premises was safe and suitable when, in fact, it was not because of the aforedescribed hazardous condition;

    k.    By failing to correct or remedy the aforedescribed dangerous and hazardous condition, although Defendant knew, or in the exercise of reasonable care should have known, about the existence of said condition, and it further represented to its business invitees that its premises was safe and suitable when, in fact, it was not because of the hazardous condition as aforesaid; and

    l.    In causing and creating the hazardous condition that caused the Plaintiff's fall.

13.    As a direct and proximate result of the negligence of the Defendant, WALMART, Plaintiff, MARY URUENA, suffered damages including but not limited to bodily injury and resulting pain and suffering, disability, disfigurement, scarring, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss

of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing, and Plaintiff MARY URUENA will suffer the losses in the future.

WHEREFORE, Plaintiff MARY URUENA demands judgment for damages which are in excess of the sum of THIRTY THOUSAND and 00/100 ($30,000.00) DOLLARS against the Defendant, WALMART, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

DATED this 13th day of January, 2021.

Respectfully Submitted,

SHARMIN & SHARMIN, P.A.
830 North Federal Highway
Lake Worth, FL 33460
Telephone: (561) 655-3925
Fax: (561) 202-9041
Email: mail@sharminlaw.com

Eiman Sharmin, Esquire
Florida Bar No. 0716391
Brooke Sharmin, Esquire
Florida Bar No. 0677841

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA
CIVIL DIVISION

MARY URUENA,

    Plaintiff,

CASE NO. CACE21-00830

v.

WALMART, INC. A FOREIGN PROFIT
CORPORATION,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL

TO: Eiman Sharmin, Esq.
    Sharmin & Sharmin, P.A.
    830 North Federal Highway
    Lake Worth, Florida 33460

**PLEASE TAKE NOTICE** that on April 19, 2021, Defendant, Walmart, Inc., in the above titled action filed a Notice of Removal, a copy of which is attached hereto, of the above-titled action to the United States District Court for the Southern District of Florida, Fort Lauderdale Division.

You are also advised that Walmart, Inc., on filing such Notice of Removal in the office of the Clerk of the United States District Court for the Southern District of Florida, Fort Lauderdale Division, also filed copies thereof with the Clerk of the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, to effect removal pursuant to 28 U.S.C.§1446(d).

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by e-portal and e-served this 19th day of April, 2021 to: Eiman Sharmin, Esq. *Attorney for Plaintiff,* Sharmin & Sharmin, P.A., 830 North Federal Highway, Lake Worth, FL 33460 at mail@sharminlaw.com

                Respectfully submitted,

By:   /s/ *Sophia R. Ward*
       Sophia R. Ward, Esq.
       Florida Bar No.: 86139
       **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
       *Attorneys for Defendant*
       9300 S. Dadeland Blvd., 4th Floor
       Miami, FL 33156
       Tel: (305) 670-1101
       Fax: (305) 670-1161
       Email: rclyne.pleadings@qpwblaw.com
              sophia.ward@qpwblaw.com
              Dakeitha.haynes@qpwblaw.com
              gcastro@qpwblaw.com
              jenzell.brown@qpwblaw.com